**J. T. ROSE, Former Collector of Internal Revenue, District of Georgia, Appellant, v. UNITY INVESTMENT COMPANY, Appellee.**

**No. 8102.**

Circuit Court of Appeals, Fifth Circuit.

Oct. 20, 1936.

Helen R. Carloss and J. Louis Monarch, Sp. Assts. to Atty. Gen., and M. Neil Andrews, Asst. U. S. Atty., of Atlanta, Ga., for appellant.

W. A. Sutherland, Elbert P. Tuttle, Joseph B. Brennan, Granger Hansell, and R. W. Crenshaw, all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

SIBLEY, Circuit Judge.

This case by stipulation is controlled by the disposition made of J. T. Rose, Former Collector of Internal Revenue, District of Georgia, v. Little Investment Company (D. C.) 86 F.(2d) 50, this day decided. It is accordingly ordered that the judgment be affirmed.